# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00058-CV

**Nicole Taylor, Appellant**

**v.**

**Donald Zielinski, Appellee**

**FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
NO. 179-746-B, HONORABLE RICK MORRIS, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Nicole Taylor moves to dismiss her appeal because the parties have settled their dispute through mediation.  According to the agreement attached to her motion, Taylor will authorize in writing appellee Donald Zielinski the right to claim Daniel Zielinski on his federal income tax return during taxable years 2003, 2004, 2005, and 2006, and appellee accepts this right as full payment of attorney=s fees awarded him by the district court; appellee also agrees not to execute on the fees awarded in the district court judgment.  We grant Taylor=s motion and dismiss this appeal.

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed on Appellant=s Motion

Filed:   May 30, 2003